JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERMAINE JONES,<br><br>                Plaintiff,<br><br>    v.<br><br>JEFFERY MACOMBER, *et al.*,<br><br>                Defendants. | Case No. 5:24-cv-02597-FLA (DFM)<br><br>**ORDER DISMISSING ACTION [DKTS. 7, 8]** |

1

1    On January 13, 2025, Plaintiff Dermaine Jones ("Plaintiff") filed a Request to Proceed Without Prepayment of Filing Fees ("Request").  Dkt. 7.

    On January 24, 2025, the court found Plaintiff had not submitted enough information for the court to tell if Plaintiff is able to prepay the full filing fee and issued an order, postponing the ruling on the Request for thirty (30) days to allow Plaintiff to submit a certified copy of a trust fund statement for the last six months. Dkt. 8.

    On February 24, 2025, Plaintiff submitted to the court a letter.  Dkt. 9.  The letter is not entirely clear, but Plaintiff appears to request the action be dismissed without prejudice.  *See id.* at 1 ("I am requesting that my law suit be stopped to from myself having lack of information.  [Illegible] I do not want this law suit to be filed anymore.") (errors in original).

    Accordingly, the court DISMISSES the action without prejudice.

    IT IS SO ORDERED.

Dated: February 27, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　United States District Judge

2